IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ELLEHUGH CROSS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:04cv00949 SWW |
| | * | |
| | * | |
| | * | |
| UNITED AUTO WORKERS, LOCAL 1762, IC CORPORATION (FORMERLY AMERICAN TRANSPORTATION CORPORATION), | * * * * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 15th day of September, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE