IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELLEHUGH CROSS                                                PLAINTIFF

v.                      CASE NO. 4-04 CV 949 SWW

**BILL OF COSTS**

UNITED AUTO WORKERS LOCAL 1762,
IC CORPORATION (FORMERLY
AMERICAN TRANSPORTATION
CORPORATION)                                DEFENDANTS

Judgment having been entered in the above entitled action on September 15, 2005, against Ellehugh Cross, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................................................................. | |
| Fees for service of summons and subpoena ........................................................................... | |
| Fees of the Court reporter for all or any part of the transcript necessarily obtained for use in the case ......... | $1,000.10 |
| Fees and disbursements for printing ....................................................................................... | |
| Fees for witnesses (itemize on reverse side) .......................................................................... | $137.20 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ................ | $144.11 |
| Docket fees under 28 U.S.C. 1923 .......................................................................................... | |
| Costs as shown on Mandate of Court of Appeals .................................................................. | |
| Compensation of court-appointed experts.............................................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ................ | |
| Others costs (please itemize)................................................................................................... | |
| **TOTAL** | $1,281.41 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was served by electronic mail and US mail on counsel for the plaintiff, Sheila F. Campbell, and counsel for separate defendant United Auto Works, Samuel Morris.

Signature of Attorney: _Michelle M. Kaemmerling_

Name of Attorney:    Michelle M. Kaemmerling, Wright, Lindsey & Jennings LLP

FOR:    IC Corporation (formerly American Transportation Corporation)     DATE:    October 21, 2005
               Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

                         By:
_____     _____     _____
*Clerk of Court*                              *Deputy Clerk*                               *Date*

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Douglas Dale<br>3004 Gaines Street<br>Little Rock, AR  72206 | 1 | 35.00 | | | 65.2 | 26.40 | 61.40 |
| Troy Wiseman<br>1704 Tuscany Drive<br>Conway, AR  72032 | 1 | 35.00 | | | 6 | 2.40 | 37.40 |
| Richard Lockhart<br>1001 McNutt Road, Lot 148<br>Conway, AR  72032 | 1 | 35.00 | | | 8.4 | 3.40 | 38.40 |
| | | | | | | TOTAL | $137.20 |

## NOTICE

**Section 1924, title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

## United States District Court
## Eastern District of Arkansas
## Western Division

### Ellehugh Cross v. United Auto Workers Local 1762 and IC Corporation (formerly American Transportation Corporation)
### Case No. 4-04 CV 949 SWW

**Bill of Costs - Fees of the Court Reporter**

| Date | Payee | Deponent | Description of Deponent | Cost | Receipt Attached |
|---|---|---|---|---|---|
| 6/23/2005 | Sue Pruett, Certified Court Reporter | Payne, Maxfield, Brewer, Glover | Fact witnesses/defense | $ 300.00 | Yes |
| 5/30/2005 | Roberta Jo (Bert) Lackey, Certified Court Reporter | Douglas Dale, Troy Wiseman, Richard Lockhart | Fact witnesses/plaintiff | $ 506.00 | Yes |
| 3/9/2005 | Bushman Court Reporting | Ellehugh Cross | Plaintiff | $ 194.10 | Yes |
| | | **TOTAL** | | **$1,000.10** | |

EXHIBIT A

```
              SUE PRUETT
       CERTIFIED COURT REPORTER
           S.S. 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
         # 62 BELLE MEADOW LANE
     LITTLE ROCK, ARKANSAS 72210
       501-455-2055/FAX 455-4482
```

MR. JOHN DAVIS, Esq.,                       June 23, 2005
Attorney at Law
200 West Capitol Avenue
    Suite 2200
Little Rock, AR 72201

    Re:  Ellehugh Cross, Plaintiff
        vs.
        United Auto Workers, Local 1796
        IC Corporation, Defendants
        Depositions
        June 10th, 2002
        Conway, Arkansas

Dear Mr. Davis,

Enclosed herewith is one copy of the above mentioned matter.

My fees for services rendered are as follows:

| | |
|---|---|
| Appearance fee | $ |
| Transcript cost | 300.00 |
| Mileage | |
| Total | $ 300.00 |

Payment is due upon receipt.

                                      Thank you,

                                      Sue Pruett, CCR.

EXHIBIT B

| WRIGHT, LINDSEY & JENNINGS LLP - LITTLE ROCK, ARKANSAS 72201 | | | 207982 |
|---|---|---|---|
| CHECK REQUEST NO. | INVOICE DATE | DESCRIPTION | NET CHECK AMOUNT |
| 062305 | 06/25/05 | Depositions taken on June 10, 2005 in Conway, AR Cross vs. United Auto Workers | 300.00 |
| 207982 | 07/28/05 | Sue Pruett | 300.00 |



# ROBERTA JO (BERT) LACKEY
Certified Court Reporter
P.O. Box 325
Conway, Arkansas 72033
(501) 329-8565

May 30, 2005

TO: Mr. John D. Davis
    Wright, Lindsey and Jennings
    Suite 2300
    200 West Capitol Avenue
    Little Rock, AR  72201-3699

RE: Ellehugh Cross
    v.
    UAW Local 1762 and IC Corp.
    U.S.D.C. No. 4-04 CV 949 SWW

| Date | Description | Amount |
|---|---|---:|
| May 19, 2005 | Appearance Fee | $ 40.00 |
| | Deposition of Douglas K. Dale | |
| |    33 pages @ $4.00 | 132.00 |
| | Deposition of Troy D. Wiseman | |
| |    35 pages @ $4.00 | 140.00 |
| | Deposition of Richard Lockhart | |
| |    46 pages @ $4.00 | 184.00 |
| | Postage | 10.00 |
| | Balance Due: | $506.00 |

| CHECK REQUEST NO. | INVOICE DATE | DESCRIPTION | NET CHECK AMOUNT |
|---|---|---|---|
| 051920 | 06/01/05 | Depositions of Douglas K. Dale, Troy D. Wiseman and Richard Lockart | 506.00 |
| 207154 | 06/16/05 | Roberta Jo Lackey | 506.00 |

WRIGHT, LINDSEY & JENNINGS LLP - LITTLE ROCK, ARKANSAS 72201

207154

**BUSHMAN COURT REPORTING**
620 West 3rd Street, Suite 302
P.O. Box 2734
Little Rock, Arkansas 72203-2734
(501) 372-5115  Fax: (501) 378-0077
www.bushmanreporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 87087 | 03/09/2005 | 01-36580 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/18/2005 | FREDDA | 404CV0080949 |

| CASE CAPTION |
|---|
| Cross vs. UAW, Local 1762 |
| **TERMS** |
| Due upon receipt |

John D. Davis
Wright, Lindsey & Jennings, LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Ellehugh Cross                                           138.60
        ascii/cond -package only                              35.00
        Exhibits                     82.00      @    .25     20.50
                                                         ----------
                                     TOTAL   DUE  >>>>       194.10
```

MAR 1 1 2005

TAX ID NO.: 71-0687373                                  (501) 371-0808   Fax (501) 376-9442

*Please detach bottom portion and return with payment.*

---

John D. Davis
Wright, Lindsey & Jennings, LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201

Invoice No.: 87087
Date       : 03/09/2005
**TOTAL DUE** : **194.10**

Job No.  : 01-36580
Case No. : 404CV0080949
Cross vs. UAW, Local 1762

Remit To:  **BUSHMAN COURT REPORTING**
           **P.O. BOX 2734**
           **LITTLE ROCK, AR 72203-2734**

**United States District Court**
**Eastern District of Arkansas**
**Western Division**

**Ellehugh Cross v. United Auto Workers Local 1762 and**
**IC Corporation (formerly American Transportation Corporation)**
**Case No. 4-04 CV 949 SWW**

### Bill of Costs - Photocopying Expenses

| Date | Payee | Description | Cost | Receipt Attached |
|---|---|---|---|---|
| 10/12/2004 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 9.00 | No |
| 10/14/2004 | 20th Judicial District Prosecuting Attorney | Copying charges | $ 10.75 | Yes |
| 11/8/2004 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 13.65 | No |
| 11/10/2004 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 1.80 | No |
| 1/4/2005 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 24.30 | No |
| 2/15/2005 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 5.70 | No |
| 2/18/2005 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 3.30 | No |
| 2/21/2005 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 19.50 | No |
| 2/25/2005 | Faulkner County Circuit Clerk | Copying charges | $ 30.50 | Yes |
| 3/15/2005 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 4.50 | No |
| 4/13/2005 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 10.35 | No |
| 4/26/2005 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 19.20 | No |
| 6/9/2005 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 6.15 | No |
| 6/22/2005 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 8.85 | No |
| 7/5/2005 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 1.20 | No |
| 8/17/2005 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 2.25 | No |
| 8/19/2005 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 8.40 | No |
| 8/29/2005 | Wright, Lindsey & Jennings, LLP | In-house copying charges | $ 12.75 | No |
| **TOTAL** | | | **$ 192.15** | |

EXHIBIT C


# H. G. FOSTER
PROSECUTING ATTORNEY
TWENTIETH JUDICIAL DISTRICT

PHONE (501) 450-4927
FAULKNER, VAN BUREN
AND SEARCY COUNTIES

POST OFFICE BOX 1105
FAULKNER COUNTY COURTHOUSE
CONWAY, ARKANSAS 72033

October 14, 2004

Deborah Blackburn
Paralegal
Wright, Lindsey & Jennings
200 West Capitol, Suite 2200
Little Rock, AR 72201

Re:  State of Arkansas vs. Ellehugh Cross
     Faulkner County Circuit #CR 2002-1771

Dear Ms. Blackburn:

Pursuant to your FOI Request, enclosed please find a complete copy of our case file regarding the above defendant.

Please submit payment in the amount of $10.75 (43 pages @ $0.25 each).

Thank you.

Sincerely,

Susan G. Mills
Case Coordinator

sgm

4039-56186
OK to pay

**EXHIBIT D**

**VRIGHT, LINDSEY & JENNINGS LLP** - LITTLE ROCK, ARKANSAS 72201                                            **205305**

| CHECK REQUEST NO. | INVOICE DATE | DESCRIPTION | NET CHECK AMOUNT |
|---|---|---|---|
| 97781 | 03/18/05 | complete copy of file on Ellehugh Cross | 10.75 |
| 205305 | 03/18/05 | Faulkner County Prosecuting Attorne | 10.75 |

*STATEMENT*
*IN ACCOUNT WITH*
*SHARON RIMMER*
*FAULKNER COUNTY*
*CIRCUIT CLERK*
*P.O. BOX 9*
*CONWAY, AR 72033*

4039 -
56186
OK to Pay

*WRIGHT, LINDSEY & JENNINGS LLP*
*C/O DEBORAH BLACKBURN*
*200 WEST CAPITOL AVENUE*
*SUITE 2300*
*LITTLE ROCK, AR. 72201-3699*

*\* COPIE OF CASE ENTIRE CASE FILE OF CASE NUMBERS*
*CR-1994-627 AND CR-1994-629 ON ELLEHUGH CROSS.*
*\* 122 PAGES @ $.25 A PAGE*                                  $30.50

*TOTAL*                                                        $30.50

*J G L*

**⁄RIGHT, LINDSEY & JENNINGS LLP** - LITTLE ROCK, ARKANSAS 72201

**204887**

| CHECK REQUEST NO. | INVOICE DATE | DESCRIPTION | NET CHECK AMOUNT |
|---|---|---|---|
| 97350 | 02/25/05 | Copies of entire case file of case numbrs CR1994-627 and CR1994-629 | 30.50 |
| 204887 | 02/25/05 | Faulkner County Circuit Clerk | 30.50 |

**EXHIBIT E**

**WRIGHT, LINDSEY & JENNINGS LLP** - LITTLE ROCK, ARKANSAS 72201                                                                     **206405**

| CHECK REQUEST NO | INVOICE DATE | DESCRIPTION | NET CHECK AMOUNT |
|---|---|---|---|
| 98868 | 05/10/05 | Witness fee and mileage | 37.40 |
| 206405 | 05/10/05 | Troy Wiseman | 37.40 |

| CHECK REQUEST NO | INVOICE DATE | DESCRIPTION | NET CHECK AMOUNT |
|---|---|---|---|
| 98867 | 05/10/05 | Witness fee and mileage | 38.40 |
| 206404 | 05/10/05 | Richard Lockart | 38.40 |

WRIGHT, LINDSEY & JENNINGS LLP - LITTLE ROCK, ARKANSAS 72201    206404

/RIGHT, LINDSEY & JENNINGS LLP - LITTLE ROCK, ARKANSAS 72201                                                          **206104**

| CHECK REQUEST NO. | INVOICE DATE | DESCRIPTION | NET CHECK AMOUNT |
|---|---|---|---|
| 98568 | 04/26/05 | witness fee and milage | 61.40 |
| 206104 | 04/26/05 | Douglas Dale | 61.40 |